UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 13-18469
　　　　§
JOSE L BOLANOS  §
　　　　§
　　　　§
　　　　§
　　　Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)　　All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)　　A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $104,450.00 | Assets Exempt: | $157,900.00 |
| Total Distributions to Claimants: | $5,656.12 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,343.88 | | |

3)　　Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $309,480.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,343.88 | $2,343.88 | $2,343.88 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $49,842.00 | $48,375.80 | $48,375.80 | $5,656.12 |
| **Total Disbursements** | $359,322.00 | $50,719.68 | $50,719.68 | $8,000.00 |

4). This case was originally filed under chapter 7 on 04/30/2013. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2015             By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Chevrolet Trailblazer | 1129-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | 4110-000 | $24,793.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $234,287.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $50,400.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$309,480.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.74 | $1.74 | $1.74 |
| Green Bank | 2600-000 | NA | $74.22 | $74.22 | $74.22 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $715.00 | $715.00 | $715.00 |
| Office of the Clerk United States Bankruptcy Court, Attorney for Trustee | 3220-000 | NA | $2.92 | $2.92 | $2.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,343.88** | **$2,343.88** | **$2,343.88** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-900 | $4,467.00 | $4,587.16 | $4,587.16 | $536.33 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $32,016.00 | $32,371.97 | $32,371.97 | $3,784.95 |
| 3 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOC | 7100-900 | $12,614.00 | $11,416.67 | $11,416.67 | $1,334.84 |
|  | Advanced Radiology Consultants | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Advocate Lutheran General Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | City Of Des Plaines | 7100-000 | $745.00 | $0.00 | $0.00 | $0.00 |
|  | Midwest Diagnostic Pathology, SC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$49,842.00** | **$48,375.80** | **$48,375.80** | **$5,656.12** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-18469-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOLANOS, JOSE L | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 1/8/2015 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 09/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1271 Highland Drive Des Plaines 60018 | $180,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1641 Howard Avenue Des Plaines IL 60018 | $73,000.00 | $0.00 | | $0.00 | FA |
| 3 | Fifth Third Bank checking account | $50.00 | $50.00 | | $0.00 | FA |
| 4 | US Bank checking account | $50.00 | $50.00 | | $0.00 | FA |
| 5 | Household goods and furnishings | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6 | 2001 Volvo VNL 660 Appriased value | $7,250.00 | $350.00 | | $0.00 | FA |
| 7 | 2007 Chevrolet Trailblazer | $4,716.00 | $3,716.00 | | $8,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$266,066.00     $5,166.00     $8,000.00     $0.00

**Major Activities affecting case closing:**

| 01/08/2015 | Prepared TDR and Submitted to UST |
|---|---|
| 05/09/2014 | TFR Filed. |
| 02/21/2014 | claims reviewed. |
| 09/01/2013 | No need to file motion to sell as our turnover order had appropriate language. |
| 08/12/2013 | Motion to Sell Estate's Interest drafted and given to Linda for review |
| 07/09/2013 | 2007 Chevrolet Trailblazer appraised at $9,000.00 - Debtor exempted $1000.00 – Will request turnover of this vehicle. |
| | 2001 Volvo VNL appraised at $7,250.00. Debtor exempted $6,900.00. |
| | Please advise whether you want to object to the tool of trade exemption applied to the 2001 Volvo. |
| 07/09/2013 | 2007 Chevrolet Trailblazer appraised at $9,000.00 - Debtor exempted $1000.00 – Will request turnover of this vehicle. |
| | 2001 Volvo VNL appraised at $7,250.00. Debtor exempted $6,900.00. |
| | Please advise whether you want to object to the tool of trade exemption applied to the 2001 Volvo. |
| 07/09/2013 | Motion for Turnover of 2007 Chevy Trailblazer; David is not concerned with 2001 Volvo, Debtor can keep. No objections necessary. |
| 06/25/2013 | Need carmax appraisals on both vehicles - Need appraisal for Trail Blazer and Truck or debtor should turnover. |
| | Need both titles for both vehices asap and insurance. |
| | Possible Objection to Exemptions - If DPl wants to Object it needs to be filed within 30 (check with dpl first) |
| | Assets |

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 01/15/2015 | DAVID LEIBOWITZ |

FORM 2
Page No: 1
Case 13-18469  Doc 44  Filed 02/03/15  Entered 02/03/15 11:21:59  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 6 of 7
Exhibit 9

| Case No. | 13-18469-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOLANOS, JOSE L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9959 | Checking Acct #: | ******6901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2013 | (7) | JOSE BOLANOS | Settlement payment | 1129-000 | $8,000.00 | | $8,000.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.82 | $7,989.18 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.64 | $7,977.54 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.87 | $7,964.67 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.85 | $7,951.82 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.41 | $7,939.41 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.63 | $7,925.78 |
| 06/17/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,550.00 | $6,375.78 |
| 06/17/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.74 | $6,374.04 |
| 06/17/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 715.00; Amount Allowed: 715.00; Distribution Dividend: 100.00; | 3110-000 | | $715.00 | $5,659.04 |
| 06/17/2014 | 3004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.92 | $5,656.12 |
| | | | Claim Amount  $(2.92) | 3220-001 | | | $5,656.12 |
| 06/17/2014 | 3005 | Portfolio Recovery Associates, LLC successor | Claim #: 3; Amount Claimed: 11,416.67; Amount Allowed: 11,416.67; Distribution Dividend: 11.69; | 7100-900 | | $1,334.84 | $4,321.28 |
| 06/17/2014 | 3006 | Fifth Third Bank | Claim #: 1; Amount Claimed: 4,587.16; Amount Allowed: 4,587.16; Distribution Dividend: 11.69; | 7100-900 | | $536.33 | $3,784.95 |
| 06/17/2014 | 3007 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 32,371.97; Amount Allowed: 32,371.97; Distribution Dividend: 11.69; | 7100-900 | | $3,784.95 | $0.00 |
| 10/02/2014 | 3004 | STOP PAYMENT: Clerk, US Bankruptcy Court | Stop payment issued. Check to be reissued | 3220-004 | | ($2.92) | $2.92 |
| 11/13/2014 | 3008 | Office of the Clerk United States Bankruptcy Court | Small Dividends re-issued check. | 3220-000 | | $2.92 | $0.00 |
| | | | TOTALS: | | $8,000.00 | $8,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,000.00 | $8,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,000.00 | $8,000.00 | |

| For the period of 4/30/2013 to 1/8/2015 | | For the entire history of the account between 08/07/2013 to 1/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-18469-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BOLANOS, JOSE L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9959 | | Checking Acct #: | ******6901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,000.00 | $8,000.00 | $0.00 |

| **For the period of 4/30/2013 to 1/8/2015** | | **For the entire history of the case between 04/30/2013 to 1/8/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |